IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00864-BNB

ROYCE EARL LOCK,

Plaintiff, named as Individual Suitor,

v.

UNITED STATES OF AMERICA, a.k.a. UNITED STATES,
STATE OF COLORADO,
STATE OF OKLAHOMA,
STATE OF KANSAS,
STATE OF WYOMING,
STATE OF TEXAS,
STATE OF LOUISIANA,
STATE OF GEORGIA,
STATE OF PENNSYLVANIA,
STATE OF MARYLAND,
STATE OF NEW MEXICO, and
JOHN DOES OR JANE DOES, 1-99,

Defendants, named as Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 03 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Royce Earl Lock attempted to initiate this action by submitting *pro se* a document titled "Extraordinary Private Case to Appropriate Suitor's Superior Claim." The Court reviewed the document and determined it was deficient. Therefore, in an April 28, 2008, order, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Lock to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The April 28, 2008, order pointed out that Mr. Lock failed either to pay the $350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. The April 28 order also pointed out that Mr. Lock failed to submit a complaint on the proper, Court-approved form. The order warned Mr. Lock that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. Mr. Lock has failed within the time allowed to cure the deficiencies listed in the April 28 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 5 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00864-BNB

Royce Earl Lock
31313 County Rd. Q
Campo, CO 81029

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/6/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk